## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF CONNECTICUT

| | | |
|---|---|---|
| **CAROLINA STARR-MANNING,** | : | |
| Plaintiff | : | Civ. Action No.: |
| | : | 3:20CV00692 (AVC) |
| v. | : | |
| | : | |
| **DAY KIMBALL HEALTHCARE, INC,** | : | JULY 27, 2021 |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41(b) for the District of Connecticut, Plaintiff, Carolina Starr-Manning, and Defendant, Day Kimball Healthcare, Inc., hereby stipulate that the above-captioned action be dismissed with prejudice and without costs or fees to any party.

| Plaintiff,<br>Carolina Starr-Manning<br><br>By:   /s/ *Claire M. Howard*<br>     Claire M. Howard (ct29654)<br>     Madsen, Prestley & Parenteau, LLC<br>     402 Asylum Street<br>     Hartford CT 06103<br>     P: (860) 246-2466<br>     F: (860) 246-1794<br>     choward@mppjustice.com<br>     Her attorneys | Defendant,<br>Day Kimball Healthcare, Inc.<br><br>By:   /s/ *Jarad M. Lucan*<br>     Jarad M. Lucan (ct27552)<br>     Bradley M. Harper (ct30896)<br>     Shipman & Goodwin LLP<br>     One Constitution Plaza<br>     Hartford CT 06103<br>     P: (860) 251-5785<br>     F: (860) 251-5215<br>     jlucan@goodwin.com<br>     bharper@goodwin.com<br>     Its attorneys |
|---|---|

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of July, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    */s/  Claire M. Howard*
                                    Claire M. Howard